

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00450-CV

**INTEGRITY PAIN MANAGEMENT, PLLC**,
Appellant/Cross-Appellee

v.

**DAVIS & ASSOCIATES MEDICAL CONSULTANTS, LLC**,
Appellee/Cross Appellant

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-23848
Honorable Aaron Haas, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RODRIGUEZ, AND CHIEF JUSTICE MARION (RET.)[1]

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. Costs of appeal are taxed against Appellant Integrity Pain Management, PLLC.

SIGNED February 14, 2024.

Liza A. Rodriguez, Justice

---

[1]Sitting by assignment pursuant to section 74.003(b) of the Texas Government Code